JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENMANUEL DE JESUS MEDRANO-ROCHA,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR.,<br>Respondent. | Case No. 2:26-cv-00404-KK-SSC<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 8), and Respondent is ENJOINED from re-detaining Petitioner

///

///

///

under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondent bears the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.

Dated: September 15, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge